```
RANDY RIDDLE (SBN 121788)
TERESA STRICKER (SBN 160601)
ALBERT S. YANG (SBN 281265)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
Facsimile:   (415) 678-3838

Attorneys for Defendant
COUNTY OF HUMBOLDT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE EGGER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS, and some unknown number of DOES,<br><br>　　　　　　　Defendants. | Case No.: 3:12-CV-02671-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　　July 6, 2012<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. Charles R. Breyer<br>Courtroom:　6 |

　　　　Pursuant to Civil Local Rule 6-2, Defendant County of Humboldt and Plaintiff Janelle Egger hereby stipulate and request that the Court adjust the briefing schedule on Plaintiff's Motion for Preliminary Injunction in this matter as follows: 1) Defendant's response is due on June 14, 2012; 2) Plaintiff's Reply is due on June 21, 2012.

**IT IS SO STIPULATED.**

-1-

STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION                                                      Case No. 3:12-CV-02671-CRB

Dated: June 7, 2012

RENNE SLOAN HOLTZMAN SAKAI LLP

By: _____
Randy Riddle
Attorney for Defendant
COUNTY OF HUMBOLDT

Dated: June 7, 2012

By: _____
Janelle Egger
Pro Se Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 12, 2012

By: _____
IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

CASE NO. 3:12-CV-02671-CRB

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States, over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome Street, Suite 300 San Francisco, CA 94104 On June 7, 2012, I served with following documents(s) by the method indicated below:

**Stipulation and [Proposed] Order to Adjust Briefing Schedule with Regard to Plaintiff's Motion for Preliminary Injunction**

☐ by transmitting via **facsimile** on this date from the fax number (415) 678-3838 the document(s) listed above to t he fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R. Ct. 2003(3)

☐ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in the sealed envelope(s) and by **causing messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On June 7, 2012, I caused to be served via messenger the above-listed documents.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☒ by **email or electronic transmission**. Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission. I caused the documents to be sent to the person at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Janelle Egger
1020 Angel Hts.
Fortuna, CA 95540
Telephone: 707-725-2195
Email: njjr@sbcglobal.net

Pro Se

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on June 7, 2012, at San Francisco, California.

Rochelle Redmayne

CERTIFICATE OF SERVICE