1  Janelle Egger
2  1020 Angel Hts.
   Fortuna, CA
3  (707) 725-2195
4  njjr@sbcglobal.net
5  Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JANELLE EGGER | ) | Case Number: CV 12 2671 CRB |
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | MOTION FOR PERMISSION FOR |
|  | ) | ELECTRONIC CASE FILING AND |
| COUNTY OF HUMBOLDT, | ) | [~~PROPOSED~~] ORDER |
| HUMBOLDT COUNTY BOARD OF SUPERVISORS | ) | |
| Defendant(s). | ) | |

As Plaintiff in this matter, I request Court permission to participate in electronic case filing in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully including computer with internet access, an email account, a scanner, a printer, a word-processing program, and a pdf reader and writer.

June 21, 2012       /s/ Janelle Egger

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND [PROPOSED] ORDER

1
2
3
4
5  IT IS SO ORDERED.
6
7  Dated: June 22, 2012
8
9  By: _____
10                Charles R. Breyer
               Senior District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND [PROPOSED] ORDER

Page 2 of 2                                          CASE NO. 3:12- CV-2671-CRB

## CERTIFICATE OF SERVICE

**Case name:** Janelle Egger v. County of Humboldt
**Case number:** 3:12-CV-2671-CRB

**What documents were served?**

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING AND [PROPOSED] ORDER

**How was the document served?**
- [x] Placed in U. S. Mail
- [ ] Sent by fax
- [ ] Hand-delivered
- [x] Sent by email or electronic transmission, based on agreement of the parties. I caused the documents to be sent at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**To whom was the document delivered?**

RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 678-3800
e-mail: ayang@publiclawgroup.com

**When were the documents served?**

Date: June 21, 2012

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

_____
Janelle Egger

CERTIFICATE OF SERVICE