1  Janelle Egger
2  1020 Angel Hts.
   Fortuna, CA
3  (707) 725-2195
4  njjr@sbcglobal.net

5  Pro Se Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE EGGER ) | Case Number: CV 12 2671 CRB |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| COUNTY OF HUMBOLDT, ) HUMBOLDT COUNTY BOARD OF ) SUPERVISORS ) | HEARING DATE: July 13, 2012 HEARING TIME: 10:00am JUDGE: Hon. Charles R. Breyer COURTROOM: 6 |
| Defendant(s). ) | |

Pursuant to Civil Local Rule 6-2, Defendant County of Humboldt and Plaintiff Janelle Egger hereby stipulate and request that the Court adjust the briefing schedule on Plaintiff's Motion for Preliminary Injunction in this matter as follows: Plaintiff's Reply is due on Thursday June 28, 2012.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:12- CV-2671-CRB

Page 1 of 2

| | |
|---|---|
| Dated: 6/21/12 | RENNE SLOAN HOLTZMAN SAKAI LLP |
| | By: _____<br>David Kahn<br>Attorney for Defendant<br>COUNTY OF HUMBOLDT |
| Dated: June 21, 2012 | By: _____<br>Janelle Egger<br>Pro Se Plaintiff |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing currently on calendar for Preliminary Injunction is rescheduled for Friday, July 13, 2012 at 10:00 a.m..

Dated: June 22, 2012

By: _____
Charles R. Breyer
Senior District Judge

STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 3:12- CV-2671-CRB

Page 2 of 2

Janelle Egger
1020 Angel Hts.
Fortuna, CA
(707) 725-2195
njir@sbcglobal.net

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE EGGER<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT,<br>HUMBOLDT COUNTY BOARD OF<br>SUPERVISORS<br><br>  Defendant(s). | Case Number: CV 12 2671 CRB<br><br>DECLARATION OF JANELLE EGGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME WITH REGARD TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>HEARING DATE: July 6, 2012<br>HEARING TIME: 10:00am<br>JUDGE: Hon. Charles R. Breyer<br>COURTROOM: 6 |

I, Janelle Egger, declare as follows:

1. I am the Pro Se Plaintiff in the matter of Egger v. County of Humboldt, Case No. CV 12 2671 CRB. I have personal knowledge of the facts set forth in this declaration and, if called upon as witness, I could and would testify competently as to these facts.

2. Per Order to Adjust Briefing Schedule signed June 12, 2012 Plaintiff's Reply is due on June 21, 2012. The hearing on Plaintiff's Motion for Preliminary Injunction is scheduled to be heard on July 6, 2012.

DECLARATION OF JANELLE EGGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING
TIME                                                              CASE NO. 3:12- CV-2671-CRB
Page 1 of 3

3. Since filing the Complaint on May 24, 2012 I have continued to pursue a political solution to the Constitutional issues regarding Ordinance 2477 and the potential countywide ordinance presented in the Complaint. I was therefore aware of and attended meetings arranged by the County Administrative Officer (CAO), as directed by the Board on January 17. I also was aware that discussions at these meetings included the potential countywide ordinance and Ordinance 2477.

4. I received the Defendant's response as scheduled on Thursday, June 14, 2012. At that time I expected, based on communication with the County Administrative Office staff, that the potential countywide ordinance would probably be on the following Tuesday's Humboldt Board of Supervisor's meeting agenda. I also believed based on information from the meetings mentioned above that Ordinance 2477 might also be discussed. I was able to access the Board Agenda on-line the evening of Friday June 15. The Agenda item "Ordinance on Uses of County Properties" was listed under Item H, Department Reports. The board report, authored by the CAO, also discussed Ordinance 2477.

5. I attended the June 19, 2012 Board meeting. Following a lengthy discussion a motion was passed to direct staff to come back with a proposed ordinance changing some language in Ordinance 2477. Talking with other members of the public, there was some confusion as to which Ordinance language was included in the motion so I accompanied Gay Gilchrist in a visit to the Clerk to the Board's office. There I learned a written draft of the motion may be available today, but the motion wording would not be final until presented to the Board and approved at next Tuesday's meeting. This presents difficulty in replying to item 2b in the Defendant's response and may influence my reply to other areas of the Defendant's response.

6. On June 21, 2012, the parties stipulated to a briefing schedule. This briefing schedule fully complies with Rule 7-3 of Local Rules.

DECLARATION OF JANELLE EGGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME  
CASE NO. 3:12- CV-2671-CRB  
Page 2 of 3

7. On June 7, 2012 there was a Stipulated Request for Order Changing Time, granted June 12, 2012.

8. The requested time modification would not have any significant impact on the schedule for this case, including the July hearing date on the Motion for preliminary injunction.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on June 21, 2012, at Fortuna, California.

*/s/ Janelle Egger*
JANELLE EGGER

DECLARATION OF JANELLE EGGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME                                    CASE NO. 3:12- CV-2671-CRB
Page 3 of 3

## CERTIFICATE OF SERVICE

**Case name:**   Janelle Egger v. County of Humboldt
**Case number:**   3:12-CV-2671-CRB

**What documents were served?**

Stipulation and [Proposed] Order to Adjust Briefing Schedule with regard to Plaintiff's Motion for Preliminary Injunction
        and
Declaration of Janelle Egger in support of Stipulated Request for Order Changing Time

**How was the document served?**
- ☐ Placed in U. S. Mail
- ☐ Sent by fax
- ☐ Hand-delivered
- ☐ Sent by email or electronic transmission, based on agreement of the parties.  I caused the documents to be sent at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**To whom was the document delivered?**

RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
e-mail: ayang@publiclawgroup.com

**When were the documents served?**

   Date:   June 21 2012

   I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

_____
Janelle Egger

CERTIFICATE OF SERVICE