1  Karl Olson (SBN 104760)
   kolson@rocklawcal.com
2  Carolyn A. Johnston (SBN 121571)
   lynjohnston@comcast.net
3  RAM, OLSON, CEREGHINO &
     KOPCZYNSKI LLP
4  555 Montgomery Street, Suite 820
   San Francisco, CA  94111
5  Tel: 415-433-4949
   Fax: 415-433-7311
6
   Attorneys for Plaintiff
7

8                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9                        **SAN FRANCISCO DIVISION**

10

11  JANELLE EGGER,                              Case No. 3:12-cv-02671-CRB

12          Plaintiff,                          **STIPULATION AND [PROPOSED]**
                                                **ORDER CONTINUING HEARING DATE**
13      v.                                      **ON MOTION FOR PRELIMINARY**
                                                **INJUNCTION**
14  COUNTY OF HUMBOLDT, HUMBOLDT
    COUNTY BOARD OF SUPERVISORS, and
15  some unknown number of DOES,                Old Date:   July 13, 2012
                                                New Date:   August 24, 2012
16          Defendants.                         Time:       10:00 a.m.
                                                Place:      Courtroom 6, 17th Floor
17                                                          [Hon. Charles R. Breyer]

18                                              **Complaint Filed:  May 24, 2012**

19

20      WHEREAS, plaintiff Janelle Egger has this date substituted counsel, Ram, Olson,

21  Cereghino & Kopczynski, for herself in *pro per*, and counsel needs time to get up to speed on this

22  matter and file a Reply Brief;

23      WHEREAS, the County of Humboldt may in the next month consider changes to the

24  ordinance which is the subject of this litigation which may affect the briefing on the Motion for

25  Preliminary Injunction challenging said ordinance,

26      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the hearing on

27  plaintiff's Motion for Preliminary Injunction shall be continued from July 13, 2012 to August 24,

28  2012 at 10:00 a.m.  The Case Management Conference in this matter, now scheduled for August

---

Case No. 3:12-cv-02671-CRB – STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING         1
DATE ON MOTION FOR PRELIMINARY INJUNCTION

1  24, 2012 at 8:30 a.m., shall be moved to August 24, 2012 at 10:00 a.m. so that it will take place
2  immediately following the hearing on the Motion for Preliminary Injunction.  Plaintiff's Reply
3  Brief will be due on August 3, 2012.

4      IT IS SO STIPULATED.

5  Dated:  June 28, 2012    RENNE SLOAN HOLTZMAN SAKAI LLP

7      By:    */s/ Albert Yang*
8      Albert Yang
    *Attorney for Defendant County of Humboldt*

10  Dated:  June 28, 2012    RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

13      By:    */s/ Karl Olson*
14      Karl Olson
    *Attorneys for Plaintiff Janelle Egger*

16      IT IS SO ORDERED.

17  Dated:   July 5, 2012

18  THE HONORABLE CHARLES R. BREYER
    JUDGE, UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

20  N:\Docs\1300-01\StipOrd re PrelimInj Brf Sched.DOC