1  Karl Olson (SBN 104760)
   kolson@rocklawcal.com
2  Carolyn A. Johnston (SBN 121571)
   lynjohnston@comcast.net
3  RAM, OLSON, CEREGHINO &
     KOPCZYNSKI LLP
4  555 Montgomery Street, Suite 820
   San Francisco, CA 94111
5  Tel: 415-433-4949
   Fax: 415-433-7311
6
   Attorneys for Plaintiff
7

8                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

10

11 JANELLE EGGER,                              Case No. 3:12-cv-02671-CRB

               Plaintiff,                      **STIPULATION AND [~~PROPOSED~~]**
12                                             **ORDER CONTINUING HEARING DATE**
         v.                                    **ON MOTION FOR PRELIMINARY**
13                                             **INJUNCTION**
   COUNTY OF HUMBOLDT, HUMBOLDT
14 COUNTY BOARD OF SUPERVISORS, and
   some unknown number of DOES,                Old Date:     July 13, 2012
15                                             New Date:     August 24, 2012
               Defendants.                     Time:         10:00 a.m.
16                                             Place:        Courtroom 6, 17th Floor
                                                             [Hon. Charles R. Breyer]
17
                                               **Complaint Filed: May 24, 2012**
18

19

20       WHEREAS, plaintiff Janelle Egger has this date substituted counsel, Ram, Olson,

21 Cereghino & Kopczynski, for herself in *pro per*, and counsel needs time to get up to speed on this

22 matter and file a Reply Brief;

23       WHEREAS, the County of Humboldt may in the next month consider changes to the

24 ordinance which is the subject of this litigation which may affect the briefing on the Motion for

25 Preliminary Injunction challenging said ordinance,

26       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the hearing on

27 plaintiff's Motion for Preliminary Injunction shall be continued from July 13, 2012 to August 24,

28 2012 at 10:00 a.m. The Case Management Conference in this matter, now scheduled for August

Case No. 3:12-cv-02671-CRB – STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING     1
DATE ON MOTION FOR PRELIMINARY INJUNCTION

24, 2012 at 8:30 a.m., shall be moved to August 24, 2012 at 10:00 a.m. so that it will take place

immediately following the hearing on the Motion for Preliminary Injunction.  Plaintiff's Reply

Brief will be due on August 3, 2012.

     IT IS SO STIPULATED.

Dated:  June 28, 2012           RENNE SLOAN HOLTZMAN SAKAI LLP


By:       */s/ Albert Yang*
         Albert Yang
         *Attorney for Defendant County of Humboldt*


Dated:  June 28, 2012           RAM, OLSON, CEREGHINO &
               KOPCZYNSKI LLP


By:       */s/ Karl Olson*
         Karl Olson
         *Attorneys for Plaintiff Janelle Egger*


     IT IS SO ORDERED.

Dated:   July 5, 2012

                     THE HONORABLE CHARLES R. BREYER
                     JUDGE, UNITED STATES

IT IS SO ORDERED

Judge Charles R. Breyer

N:\Docs\1300-01\StipOrd re PrelimInj Brf Sched.DOC