**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JANELLE EGGER,                          No. C 12-02671 CRB

12            Plaintiff,                    **ORDER VACATING HEARING**

13      v.

14  COUNTY OF HUMBOLDT, ET AL.,

15            Defendants.
                                       /
16

17      On July 2, 2012, the parties stipulated to move the hearing on Plaintiff's Motion for

18  Preliminary Injunction (dkt. 2) from July 13, 2012 to August 24, 2012. See generally dkt.

19  18.  The parties explained that the hearing should be moved because, among other reasons,

20  the County was considering changes to the disputed ordinance. Id. at 1.  The Court moved

21  the hearing. See dkt. 20.  Defendants have subsequently informed the Court that, indeed, the

22  County is in the process of amending the ordinance. See dkt. 36.  Accordingly, the Court

23  VACATES the hearing currently set for August 24, 2012.  If the ordinance is not ultimately

24  amended, Plaintiff may contact the Court and ask to have the hearing re-set, based on the

25  current papers.  If the ordinance is amended, the Court will allow revised briefing to address

26  the amended ordinance.  In any case, it makes little sense to proceed with the August 24,

27  2012 hearing given the current circumstances.  The parties are directed to keep the Court

28  //

1   informed of further developments in this case.

2          **IT IS SO ORDERED.**

3

4   Dated: August 17, 2012                          _____
                                                     CHARLES  R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2012\2671\order vacating.wpd                    2