**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE EGGER,<br><br>      Plaintiff,<br><br>  v.<br><br>COUNTY OF HUMBOLDT, ET AL.,<br><br>      Defendants.<br>_____/ | No. C 12-02671 CRB<br><br>**ORDER VACATING HEARING** |

On July 2, 2012, the parties stipulated to move the hearing on Plaintiff's Motion for Preliminary Injunction (dkt. 2) from July 13, 2012 to August 24, 2012. See generally dkt. 18. The parties explained that the hearing should be moved because, among other reasons, the County was considering changes to the disputed ordinance. Id. at 1. The Court moved the hearing. See dkt. 20. Defendants have subsequently informed the Court that, indeed, the County is in the process of amending the ordinance. See dkt. 36. Accordingly, the Court VACATES the hearing currently set for August 24, 2012. If the ordinance is not ultimately amended, Plaintiff may contact the Court and ask to have the hearing re-set, based on the current papers. If the ordinance is amended, the Court will allow revised briefing to address the amended ordinance. In any case, it makes little sense to proceed with the August 24, 2012 hearing given the current circumstances. The parties are directed to keep the Court

//

informed of further developments in this case.

**IT IS SO ORDERED.**

Dated: August 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California