RANDY RIDDLE (SBN 121788)
TERESA STRICKER (SBN 160601)
ALBERT S. YANG (SBN 281265)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

Attorneys for Defendant
COUNTY OF HUMBOLDT

RENNE SLOAN HOLTZMAN SAKAI LLP
Attorneys at Law

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANELLE EGGER,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS, and some unknown number of DOES,<br><br>Defendants. | Case No.: 3:12-CV-02671-CRB<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1. Pursuant to the stipulation of the parties, the above-entitled action is dismissed without prejudice.

2. Each party shall bear its own costs and attorneys' fees.

Dated: October 9, 2012

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA