RANDY RIDDLE (SBN 121788)
TERESA STRICKER (SBN 160601)
ALBERT S. YANG (SBN 281265)
RENNE SLOAN HOLTZMAN SAKAI LLP
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
Facsimile:  (415) 678-3838

Attorneys for Defendant
COUNTY OF HUMBOLDT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANELLE EGGER,<br><br>              Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT, HUMBOLDT COUNTY BOARD OF SUPERVISORS, and some unknown number of DOES,<br><br>              Defendants. | Case No.: 3:12-CV-02671-CRB<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL<br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:   6 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

1.      Pursuant to the stipulation of the parties, the above-entitled action is dismissed without prejudice.

2.      Each party shall bear its own costs and attorneys' fees.

Dated:  October 9, 2012

_____
Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL; Case No. 3:12-CV-02671-CRB